IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLIE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  1:05CV86-M |
| | ) | [WO] |
| JO ANNE B. BARNHART | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the plaintiff's Motion For Leave To File Plaintiff's Brief Out of Time, filed on 23 September 2005 (Doc. 16-1), it is

ORDERED that the motion is granted.  Notwithstanding the court's determination of this motion, counsel for the plaintiff is again admonished that a party should not file a motion for extension on or after the due date for filing the pleading or other document.  *See Hill v. DeKalb Regional Youth Detention Center*, 40 F.3d 1176 (11th Cir. 1994); Fed.R.Civ.Proc. Rule 6(b).  The plaintiff's brief was due on 22 September 2005; the court declines   - on this last occasion -   to penalize the plaintiff for counsel's tardiness.  Counsel is ADVISED, however, that in future cases, requests for extensions that are filed beyond the deadline will be summarily denied.

DONE this 29th day of September, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE