IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLIE E. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05cv86-MHT |
| | ) [WO] |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For good cause, it is hereby

ORDERED that the Recommendation of the Magistrate Judge entered herewith is AMENDED with respect to the deadline for filing objections thereto.  The parties are DIRECTED to file any objections to the said Recommendation on or before 6 March 2006.

DONE this 21st day of February, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE