IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLIE E. JONES, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:05cv86-MHT |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

On 15 February 2006, the Magistrate Judge filed a Recommendation (Doc. #25) and an Amended Order on 21 February 2006 (Doc. #21) in the above-styled case. On 6 March 2006, the plaintiff filed a pleading entitled Response to Order (Doc. #27) which he indicated that there are no objections to the Recommendation. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge and the response filed by the plaintiff, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that the Commissioner's decision is AFFIRMED.

Done this the 17th day of March, 2006.

                                              /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE